# SECOND AMENDED Plan Summary and Statistical Cover Sheet to Proposed Plan
### Date:   JUNE 6, 2008

### Disposable Income and Plan Payments

| Projected Schedule "I" Income | Projected Schedule "J" Expenses | Projected Disposable Income | Beginning Month # | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| 10,137.22 | 8,507.22 | 1,630.00 | 1 (March 08) | 4 (June 08) | 1,530.00 | 6,120.00 |
| 10,137.22 | 8,312.22 | 1,825.00 | 5 (July 08) | 60 (Feb 2013) | 1,825.00 | 102,200.00 |
| | | | | | Grand Total* | 108,320.00 |
| | | | | | Less posted trustee fee | 6,445.20 |
| | | | | | Net Available | 101,874.80 |

### Projected Trustee Disbursements to Priority and Secured Creditors

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or "None" if appropriate) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|---|
| Wai Ping Cheung | attorney's fees | none | 0.00 | 1 | 8 | 385.63 | 3,085.00 |
| Internal Revenue Service | Priority Claim | unpaid federal income tax and heavy vehicle tax - from 01 to 07 tax years | 0.00 | 54 | 60 | 485.40 | 3,397.81 |
| Wai Ping Cheung | Priority Claim | attorney's fee | 0.00 | 60 | 60 | 100.00 | 100.00 |
| Citimortgage Inc | Claim Secured by Principal Residence | TR 129C ALTA VISTA ACRES SEC 2 | 0.00 | 1 | 60 | 844.22 | 50,653.20 |
| Chase Bank | Other Secured Claim | TR 129C ALTA VISTA ACRES SEC 2 | 0.00 | 1 | 60 | 314.00 | 18,840.00 |
| Citizen State Bank | Other Secured Claim | 1993 Freightliner | 8.00 | 8 | 54 | 173.50 | 8,154.52 |
| HSBC Nevada, N.A.- ECast Settlement Corp | Other Secured Claim | E-machine computer, monitor, printer combo, associated software and cable | 0.00 | 8 | 54 | 4.26 | 200.00 |
| Wells Fargo Financial | Other Secured Claim | 2001 Suburban | 8.00 | 8 | 54 | 319.39 | 15,011.25 |
| Citimortgage Inc | Other Secured Claim - "Arrearage" | TR 129C ALTA VISTA ACRES SEC 2 | 0.00 | 8 | 54 | 50.14 | 2,356.56 |
| | | | | | | Grand Total | 101,798.34 |

---

[1] All § references are to the bankruptcy code.

| SUMMARY OF PAYMENTS | | | BEST INTEREST TEST | |
|---|---|---|---|---|
| Net Available to Creditors | 101,874.80 | | Value of total non-exempt property | 162.62 |
| Less Estimated Attorney's fees | 3,085.00 | | Total distributions to all priority and general unsecured creditors | 3,574.27 |
| Less Total to Priority Creditors | 3,497.81 | | | |
| Less Total to Secured Creditors | 95,215.53 | | | |
| Net Available for Unsecured Creditors | 76.46 | | | |
| Estimated General Unsecured Claims | 98,830.81 | | | |
| Forecast % Dividend on General Unsecured Claims | 0 | | | |