



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/17/2008

IN RE: Arturo Cantu § CASE NO.: 08-30430-H4-13
Isabel Cantu §
DEBTOR(S) §

**AGREED ORDER ON DEBTOR'S OBJECTION TO HSBC Nevada, N.A.
eCAST Settlement Corporation's PROOF OF CLAIM #24**
(This Order resolves Docket #45)

1. The parties stipulate that the secured claim/replacement value of the collateral, an E-machine computer, monitor, printer combo, associated software and cable purchased on 2/12/2006 is $200.00 at 0% simple annual interest.

2. Therefore, the Court ORDERS that HSBC Nevada, N.A. eCAST Settlement Corporation's secured claim/replacement value of the collaterals, an E-machine computer, monitor, printer combo, associated software and cable purchased on 2/12/2006 (proof of claim #24) is $200.00 at 0% simple annual interest and the unsecured, non-priority claim is $2,190.46.

SO ORDERED: 6-16-2008

United States Bankruptcy Judge

Wai Ping Cheung
Attorney for Debtor
TBN.: 24031942
Federal Admission No.: 32094
5959 West Loop South, Suite #242
Bellaire, Texas 77401
Tel.: (713) 266-8856
Fax.: 713-266-5001

Megan C Kerton
Bass & Associates, P.C.
Representative for eCAST Settlement Corp.
3936 E. Ft. Lowell Road, #200
Tucson, AZ 85712
Tel.: (520) 577-1544 Fax.: (520) 577-1546
Tel.: (520) 577-1544